UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:09-cr-493-RLH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| ERIC GRIFFIN, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter was referred to the undersigned Magistrate Judge on the following motions filed in pro per by Defendant, Eric Griffin:

1. Motion to Suppress Psychiatric Evaluation (#99)
2. Motion to Dismiss counsel (#100)
3. Motion to dismiss Indictment with Prejudice (#101)
4. Motion to Dismiss Counsel With Hearing Request (#102)
5. Emergency Motion to Dismiss Counsel and Indictment With Prejudice (#118)
6. Motion to Dismiss Counsel (#121)
7. Motion to Change Venue (#122)

IT IS HEREBY ORDERED that the above referenced motions are **DENIED WITHOUT PREJUDICE**. Defendant, Eric Griffin is undergoing treatment in an attempt to establish competency to proceed. *See*, Order (#123)

DATED this 27th day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge