# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-cr-493-RLH-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ERIC GRIFFIN, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter was referred to the undersigned Magistrate Judge on an Emergency Motion (#132) to arrest all suspects filed in pro per by Plaintiff, Eric Griffin.

The Court having reviewed the Motion (#132) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Emergency Motion (#132) to arrest all suspects filed in pro per by Plaintiff, Eric Griffin is **DENIED**.

DATED this  29th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge