UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>ERIC GRIFFIN<br><br>　　　　Defendant. | Dist. Ct. No. 2:09-cr-00493-RLH-RJJ<br><br>ORDER |

　　　　Based on good cause showing and the lack of opposition from government counsel, it is hereby ORDERED that Defendant Eric Griffin shall have until Tuesday, September 20, 2011, to file a Response to the Government's Motion to Involuntarily Administer Medication, docket entry 212.

　　　　The Government shall have seven days after service of Griffin's Response to file the optional Reply.

　　　　DATED this the __20th__ day of September, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

5