# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09-cr-0493-RLH-RJJ |
| ) | |
| vs. ) | **O R D E R** |
| ) | (Motion to Stay Execution of Order–#241) |
| ERIC GRIFFIN, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant Griffin's **Motion to Stay Execution of Order Granting Government's Motion to Involuntarily Administer Medication** (#241, filed December 6, 2011), until the conclusion of Defendant's appeal to the Ninth Circuit Court of Appeals of the Order.

The Government's Response (#244) indicates it does not oppose the Motion on the condition that the Defendant agree to an expedited schedule for the appeal.

The Motion has merit, as does the Response.

IT IS THEREFORE ORDERED that Defendant Griffin's **Motion to Stay Execution of Order Granting Government's Motion to Involuntarily Administer Medication** (#241) is GRANTED on the condition that Defendant agrees to an expedited schedule for the appeal.

Dated: January 4, 2012.

_____
Roger L. Hunt
**United States District Judge**