UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cr-493-RLH-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIC GRIFFIN, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter is before the Court on an Emergency Medical Injunction Request (#286) filed pro per by Defendant, Eric Griffin.

The Court having reviewed the Motion (#286) and the file herein makes the following findings:

1. The Motion (#286) was filed in proper person by Defendant, Eric Griffin

2. Defendant, Eric Griffin, is represented by AFPD, Jason Carr.

3. LR IA 10-6 states in part "a party who has appeared by attorney cannot while so represented appear or act in the case. . . ."

Therefore,

IT IS HEREBY ORDERED that the Clerk shall strike the Emergency Medical Injunction Request (#286) filed pro per by Defendant, Eric Griffin.

IT IS FURTHER ORDERED that the Clerk shall send a copy of the Emergency

1  Medical Injunction Request (#286) filed pro per by Defendant, Eric Griffin, to defendant's
2  attorney of record, APFD Jason Carr.
3      DATED this __12th__ day of June, 2012.

                                                    _/s/ Robert J. Johnston_
                                                    ROBERT J. JOHNSTON
                                                    United States Magistrate Judge