UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cr-493-RLH-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIC GRIFFIN, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter is before the Court on Defendant Eric Griffin's Motion to Dismiss Defendants Counsel Jason Carr and the Federal Public Defenders Office (#260).

The Court having reviewed the Motion (#260) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Eric Griffin's Motion to Dismiss Defendants Counsel Jason Carr and the Federal Public Defenders Office (#260) is DENIED.

DATED this  13th  day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge