1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                               **DISTRICT OF NEVADA**
10                                      * * *
11   UNITED STATES OF AMERICA,           )
                                         )
12                    Plaintiff,         )            2:09-CR-493-RLH-RJJ
                                         )
13          vs.                          )                **O R D E R**
                                         )         (Pro Se Motions, ## 281,  291,
14   ERIC GRIFFIN,                       )            296, 299, 309,310)
                                         )
15                    Defendant.         )
     _____)
16

17          Having reviewed several *pro se* motions by Defendant Griffin, and for good cause

18   appearing,

19          IT IS HEREBY ORDERED that the Motions to Dismiss Counsel Jason Carr (## 281

20   and 291) are denied as moot, Jason Carr having been replaced by William Carrico, Esq. of the Federal

21   Public Defender's Office, although Jason Carr has demonstrated more than stellar representation of

22   the Defendant.

23          IT IS FURTHER ORDERED that the Motion to Dismiss Indictment Due to a 14th,

24   8th, and 6th Amendment violation (#296); the Motion for Counsel to Adopt and Perfect Motion to

25   Hold Patrick Walsh [sic] in Contempt (#299); Motion to Dismiss Indictment Due to a 14th, 6th, 8th

26   Amendment Violation and Government Outrageous Misconduct (#309); and Motion for Prompt Bail

                                            1

1   Hearing (#310) not be entertained pursuant to Orders of the Ninth Circuit Court of Appeals in this

2   case (including ## 301 and 306), and are therefore STRICKEN.

3             Dated: August 13, 2012.

4

5                                                     

6                                   **Roger L. Hunt**
                                **United States District Judge**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26