1

2

3

4          **UNITED STATES DISTRICT COURT**

5            **DISTRICT OF NEVADA**

6                  * * *

7   UNITED STATES OF AMERICA,          )
                                        )
8              Plaintiff,              )        Case No. 2:09-CR-493-RLH-RJJ
                                        )
9        vs.                          )          **O R D E R**
                                        )     (Emergency Motion to Stay and Motion
10  ERIC GRIFFIN,                      )      To Dismiss Indictment–##316, 317)
                                        )     (Notice of Appeal. Emergency Motion to
11             Defendant.              )      Stay–## 318, 319)
    _____)

12

13          Before the Court are several motions filed *pro se* and some incorrectly identified in the

14  docket.  The first is an **Emergency Motion to Stay Force Medication Order** and **Motion to**

15  **Dismiss Indictment with Prejudice** (#316, filed September 19, 2012, and identified only by the

16  Motion to Stay in the docket sheet).  The second is the same two motions (#317, this time character-

17  ized as a Motion to Dismiss).  The third and fourth are also filed twice because they appear to be two

18  documents.  They are entitled, **Notice of Interlocutory Appeal.  Emergency Motion to Stay Force**

19  **Medication Order** (##318, 319, also filed September 19, 2012).

20          Griffin continues to repeatedly file the same motions after they have been repeatedly

21  denied, the denial appealed and the denial affirmed by the Ninth Circuit Court of Appeals.  This is

22  true of the Motion to Stay Force Medication Order as well as the Motion to Dismiss Indictment.

23  Furthermore, pursuant to Orders of the Ninth Circuit, including dkt ## 301 and 306, Griffin is

24  forbidden to file *pro se* documents because he has counsel and such motions are not to be entertained;

25  and, his appeal was found to be so insubstantial as to not warrant further review and not be permitted

26  to proceed.

1

1    Accordingly, IT IS HEREBY ORDERED that the **Emergency Motion to Stay** and

2    **Motion to Dismiss Indictment** (## 316, 317) and the **Notice of Appeal.  Emergency Motion to**

3    **Stay** (## 318, 319) are DENIED and STRICKEN.

4    Dated: September 28, 2012.

5

6    _____

7    **Roger L. Hunt**
     **United States District Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26