DANIEL G. BOGDEN
United States Attorney
Patrick Walsh
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336 (Telephone)
(702) 388-6698 (Fax)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:09-CR-493-RLH-RJJ |
| Plaintiff, | ) | |
| | ) | **ORDER RE : MOTION TO** |
| vs. | ) | **TO CONTINUE THE INVOLUNTARY** |
| | ) | **ADMINISTRATION OF** |
| ERIC GRIFFIN, | ) | **MEDICATION TO RESTORE** |
| Defendant. | ) | **THE DEFENDANT TO COMPETENCY** |
| _____ | ) | |

## I. INTRODUCTION

COMES NOW, The United States of America, by and through Daniel G. Bogden, United States Attorney, Patrick Walsh, Assistant United States Attorney, and submits this proposed order as requested in the hearing on the issue of Defendant's competency on February 27, 2013. CR 341. Defense counsel maintains his current objections but agrees that the proposed order is consistent with this Court's in court rulings.

DATED this 5th day of March 2013.

DANIEL G. BOGDEN
United States Attorney

/s/ *Patrick Walsh*
PATRICK WALSH
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | 09-CR-493-RLH-VCF |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| ERIC GRIFFIN, | ) | |
| Defendant. | ) | |

Based upon the pending Motion from the government, and good cause appearing thereof,

IT IS HEREBY ORDERED that in accordance with Title 18, United States Code, Sections 4241, and Rule 12.2(c) of the Federal Rules of Criminal Procedure, that the Federal Medical Center in Springfield, Missouri continue treating Eric Griffin for an additional four months. This treatment shall comply with this Court's prior orders of November 11, 2011, and August 2, 2012, and the Ninth Circuit Memorandum filed June 18, 2012, and consistent with the treatment outlined in the Competency Restoration Update by Dr. Lea Ann Preston Baecht and dated February 11, 2013.

This treatment shall be completed by June 27, 2013, and a written report shall be submitted to the Court. The treatment facility must notify the Court if the mental health treatment is completed prior to the projected completion date.

The Court finds that the period of time required by the above-described psychiatric or

psychological examination of defendant, and the Court's determination of defendant's competency to stand trial and his sanity at the time of the offense charged is excludable time under the United States Constitution, the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(A), (h)(4) and (h)(7)(A).

Dated this 11th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE