# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ERIC GRIFFIN, ) <br> ) <br> Defendant. ) | 2:09-CR-493 RLH RJJ <br><br> **ORDER TO TRANSPORT GRIFFIN TO LAS VEGAS, NEVADA, FOR FURTHER PROCEEDINGS** |

The treatment of Defendant in Springfield, Missouri, having been concluded,

IT IS HEREBY ORDERED that the Defendant, Eric Griffin, be transported to the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd., Las Vegas, Nevada, ON AN EXPEDITED BASIS, for further proceedings, on July 25, 2013, at the hour of 1:30 p.m.

IT IS FURTHER ORDERED that the Springfield, Missouri, Medical Facility provide Defendant Eric Griffin with a sufficient amount of his medications for the trip and until he can receive medications in Las Vegas, Nevada, and that the U.S. Marshal shall insure that Mr. Griffin takes the prescribed medications.

Dated: July 9, 2013.

_____
Roger L. Hunt
United States District Judge